IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **WALLACE LEEROY REYER** | § | **PETITIONER** |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:07cv657-LG-JMR** |
| | § | |
| **RON KING** | § | **RESPONDENT** |

## JUDGMENT

This matter having come on to be heard on the Report and Recommendation of Chief United States Magistrate Judge John M. Roper [17] , the Court, after a full review and consideration of the Report and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of Chief Magistrate Judge John M. Roper entered on January 25, 2008, be, and the same hereby is, adopted as the finding of this Court.  The Petitioner's Petition for Writ of Habeas Corpus is hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 5th day of March, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE